George J. Kovacevich, SBN 48125
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, California  95060
Telephone:  (831) 423-8383
Facsimile:  (831) 423-9401

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE,<br><br>           Plaintiff,<br><br>    vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER B. RIOUX, OFFICER A. VOORHEES, and DOES 1 TO 10, inclusive,<br><br>           Defendants. | CASE NO. **C08-01549-RS**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                  ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated:  March 28, 2008        By:    _____/S/_____
                                                            GEORGE J. KOVACEVICH
                                                            Attorneys for Plaintiff
                                                             SANDRA J. FEE