1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION

4  SANDRA J. FEE,                                    C 08-01549 RS
5
6           Plaintiff(s),                            **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
7  VS.
8
9  STATE OF CALIFORNIA, ET AL,
10          Defendant(s).
11  _____

12  The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 9, 2008 before the Honorable Judge Richard Seeborg has been continued to July 11, 2008 **@ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on July 1, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375 to take this matter off calendar.

Dated: April 1, 2008                RICHARD W. WIEKING,
                                    Clerk of Court

                                    /s/_____
                                    Martha Parker Brown
                                    Deputy Clerk