**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## March 31, 2008

**CASE NUMBER:  CV 08-01549 RS**
**CASE TITLE:  SANDRA J. LEE-v-STATE OF CALIFORNIA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/28/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 03/31/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA