1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT, State Bar No. 161013
   Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA 94612-0550
     Telephone: (510) 622-2127
6    Fax: (510) 622-2270
     Email: Jeffrey.Vincent@doj.ca.gov
7
   Attorneys for Defendants State of California by and
8  through the California Highway Patrol, Officer B.
   Rioux and Officer A. Voorhees
9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| SANDRA FEE, | 08-CV-01549-RMW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISMISS COUNT I OF COMPLAINT AS TO DEFENDANT STATE OF CALIFORNIA BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

   The parties to this action hereby stipulate that plaintiff's federal civil rights claims against the State/California Highway Patrol, Count I of the complaint, be dismissed with prejudice on the grounds that the CHP/State of California is not a person under 42 U.S.C. section 1983.

   Dated: April 28, 2008

                    EDMUND G. BROWN JR.
                    Attorney General of the State of California
                    TYLER B. PON
                    Supervising Deputy Attorney General

                    _____
                    JEFF R. VINCENT
                    Deputy Attorney General
                    Attorneys for Defendants

1 | Dated: 4/29 , 2008

2 | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

*[signature]*

GEORGE J. KOVACEVICH
Attorneys for Plaintiff, Sandra J. Fee

## ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that Count I of plaintiff's complaint as alleged against the State of California by and through the California Highway Patrol is dismissed with prejudice.

Dated: _____, 2008

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

90084241.wpd
OK2008900086

Stipulation to Dismiss Count I

Sandra J. Fee v. State of California, et.al.
08-CV-01549-RS