| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>ATCHISON, BARISONE, CONDOTTI & KOVACEVICH<br>333 CHURCH STREET<br>SANTA CRUZ, CA  95060 | *Telephone No.:*<br>(831) 423-8383 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U.s. District Court, Eastern District Of California

*Plaintiff:* SANDRA J. FEE
*Defendant:* STATE OF CALIFORNIA, ET AL.

| PROOF OF SERVICE<br>(Summons And Complaint) | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C08-01549 RS |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 Years of age and not a party to this action.

*2.* I served copies of the:
Summons And Complaint; Exhibits A & B; Notice Of Assignment Of Case To A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handbook; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Contents Of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases

*3.* a. Party Served:           CALIFORNIA HIGHWAY PATROL (Defendant)

   b. Person Served:          ALICIA A. SIBAJA, AUTHORIZED AGENT

*4.* Address where the party was served:    2555 FIRST AVENUE
                                            SACRAMENTO, CA 95818

*5.* I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon, Apr. 14, 2008 (2) at: 10:40AM

*6.* The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of:  CALIFORNIA HIGHWAY PATROL
                    Under CCP 416.50 (public entity)

*7.* Person who served the papers:
   a. T. ANDY HARRIS
   b. EUNICE ATTORNEY SERVICES
      1414 SOQUEL AVENUE, #212
      SANTA CRUZ, CA 95062
   c. (831) 595-4918

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $100.00
   e. I am: (3) Registered California process server.
      (i) Owner
      (ii) Registration No.: 81-002
      (iii) County: Sacramento
      (iv) Expiration: Jan. 02, 2009

*8.* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Apr. 19, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01,2007           PROOF OF SERVICE    (T. ANDY HARRIS)         3005.87845