POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ATCHISON, BARISONE, CONDOTTI AND KOVACEVICH<br>ATTORNEYS AT LAW<br>333 CHURCH STREET<br>SANTA CRUZ, CALIFORNIA 95060<br><br>TELEPHONE NO.: 831.423.8383<br>E-MAIL ADDRESS *(Optional)*:          FAX NO. *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

COURT OF CALIFORNIA, COUNTY OF US DIST. NORTHERN
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF: SANDRA J. FEE

RESPONDENT/DEFENDANT: STATE OF CALIFORNIA et al.

| PROOF OF PERSONAL SERVICE- | CASE NUMBER:<br>C08-01549 RS |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify)*: Summons & Complaint; Exhibits A&B; Notice of Assignment of Case to United States Magistrate Judge; Consnet to Proceed Before A Unite States Magistrate judge; Decliniation to Proceed Before A Magistrate Judge and Request for Reassignment to A United States DistrictJudge; Efc Registration Information Handbook; Order; Initial Case Management Conference & ADR Deadlines; Standing Order; Standing Order re: Case management Civil Cases; Contents of Joint Case Management Stat
   - [ ] The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).
3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Officer B. Rioux, served Sgt. Sven Miller #14274, authorized to accept service
   b. Address: 10395 SOQUEL DRIVE, APTOS, CALIFORNIA 95003
   c. Date: APRIL 09, 2008
   d. Time: 3:50 P.M.
   - [ ] The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).
4. I am
   a. [ ] not a registered California process server.
   b. [✓] a registered California process server.
   c. [ ] an employee or independent contractor of a registered California process server.
   d. [ ] exempt from registration under Business & Professions Code section 22350(b).
5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:
   JAY LEVINE                SANTA CRUZ COUNTY REGISTRATION #75
   1414 SOQUEL AVENUE, SUITE 212    831.595.4918
   SANTA CRUZ, CALIFORNIA 95062

6. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ] I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: AUGUST 15, 2008

JAY LEVINE
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)        ▶    (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE-**

Code of Civil Procedure, § 1011
www.JuriSearch.com