EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2127
  Fax: (510) 622-2270
  Email: Jeffrey.Vincent@doj.ca.gov

*E-FILED - 5/14/08*

Attorneys for Defendants State of California by and through the California Highway Patrol, Officer B. Rioux and Officer A. Voorhees

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FEE,<br><br>                          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                         Defendants. | 08-CV-01549-RMW<br><br>STIPULATION AND ORDER TO DISMISS COUNT I OF COMPLAINT AS TO DEFENDANT STATE OF CALIFORNIA BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL |

    The parties to this action hereby stipulate that plaintiff's federal civil rights claims against the State/California Highway Patrol, Count I of the complaint, be dismissed with prejudice on the grounds that the CHP/State of California is not a person under 42 U.S.C. section 1983.

    Dated: April 28, 2008

                      EDMUND G. BROWN JR.
                      Attorney General of the State of California
                      TYLER B. PON
                      Supervising Deputy Attorney General

                      /s/ JEFF R. VINCENT
                      JEFF R. VINCENT
                      Deputy Attorney General
                      Attorneys for Defendants

Dated: 4/29, 2008

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

*[signature]*

GEORGE J. KOVACEVICH
Attorneys for Plaintiff, Sandra J. Fee

## ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that Count I of plaintiff's complaint as alleged against the State of California by and through the California Highway Patrol is dismissed with prejudice.

Dated: 5/14, 2008

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

90084241.wpd
OK2008900086