EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2127
 Fax: (510) 622-2270
 Email: Jeffrey.Vincent@doj.ca.gov

Attorneys for Defendants State of California by and through the California Highway Patrol, Officer B. Rioux and Officer A. Voorhees

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FEE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　　　Defendants. | 08-CV-01549-RS<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Hearing: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: Honorable Ronald M. Whyte |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant State of California by and through the California Highway Patrol withdraws its motion to dismiss scheduled on May 23, 2008, at 9:00 a.m., in Courtroom 6 of the above entitled court, located at 280 South 1st Street, 4th Floor, San Jose, California. The motion is moot as the court has entered an order granting the relief sought based on a stipulation of the parties.

/ / /

/ / /

/ / /

1  Dated: May 20, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  TYLER B. PON
   Supervising Deputy Attorney General

5

6  */s/ Jeff R. Vincent*

7  JEFF R. VINCENT
   Deputy Attorney General
8  Attorneys for Defendants

9

10 90085715.wpd
   OK2008900086

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal of Motion]                              Sandra J. Fee v. State of California, et.al.
                                                                                  08-CV-01549-RS

2