UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


SANDRA J. FEE

                                                          CASE NO. C08-01549-RMW

                    Plaintiff(s),

              v.                                          NOTICE OF NEED FOR ADR PHONE
                                                          CONFERENCE
STATE OF CALIFORNIA, et al.


                    Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process   **
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| George J. Kovacevich | Sandra J. Fee | (831) 423-8383 | gkovacevich@abc-law.com |
| Jeffrey R. Vincent | State of California, et al. | (510) 622-2127 | Jeffrey.Vincent@doj.ca.gov |

**Counsel have agreed it would be best to first conduct discovery before making this decision. Accordingly, we would request any ADR Phone Conference be waived for the time being.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 18, 2008

                                                          _____
                                                          Attorney for Plaintiff

Dated: June 18, 2008

                                                          _____
                                                          Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."