1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | TYLER B. PON
Supervising Deputy Attorney General
3 | JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
4 |  1515 Clay Street, 20th Floor
 P.O. Box 70550
5 |  Oakland, CA 94612-0550
 Telephone: (510) 622-2127
6 |  Fax: (510) 622-2270
 Email: Jeffrey.Vincent@doj.ca.gov
7 |
8 | Attorneys for Defendants State of California by and
through the California Highway Patrol, Officer B.
Rioux and Officer A. Voorhees
9 |

10 |          IN THE UNITED STATES DISTRICT COURT

11 |          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 |

| | |
|---|---|
| 13   **SANDRA FEE,** | 08-CV-01549-RMW |
| 14                    Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 15        **v.** | (Civil L.R. 3-16) |
| 16   **STATE OF CALIFORNIA, et al.,** | |
| 17                    Defendants. | |

18 |

19 |          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20 | named parties, there is no such interest to report.

21 |          Dated: June 24, 2008

22 |                         Respectfully submitted,

23 |                         EDMUND G. BROWN JR.
                        Attorney General of the State of California
24 |                         TYLER B. PON
                        Supervising Deputy Attorney General

25 |

26 |                          /s/  Jeff R. Vincent____
                        JEFF R. VINCENT
27 |                         Deputy Attorney General
                        Attorneys for Defendants

28 | Rule 3-16 Certificate.wpd

Certification of Interested Parties                                   Sandra J. Fee v. State of California, et.al.
                                                                     08-CV-01549-RS