1  George J. Kovacevich, SBN 48125
   **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
2  A Professional Corporation
   333 Church Street
3  Santa Cruz, CA 95060
   Telephone:   (831) 423-8383
4  Facsimile:    (831) 423-9401

5  Attorneys for Plaintiff
   SANDRA J. FEE

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

11 | SANDRA J. FEE,                              | **CASE NO. C08-01549-RMW**
12 |         Plaintiff,                          | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   |    vs.                                      |
13 |                                             |
   | STATE OF CALIFORNIA, et al.,                | **[Civil L.R. 3-16)**
14 |                                             |
   |         Defendants.                         |

18       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

19 parties, there is no such interest to report.

20                                      ATCHISON, BARISONE, CONDOTTI &
                                        KOVACEVICH
21

22 Dated: July 1, 2008           By:    _____/S/_____
                                        GEORGE J. KOVACEVICH
23                                      Attorneys for Plaintiff
                                        SANDRA J. FEE

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS