1  George J. Kovacevich, SBN 48125
   **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
2  A Professional Corporation
   333 Church Street
3  Santa Cruz, CA 95060
   Telephone:    (831) 423-8383
4  Facsimile:    (831) 423-9401

5  Attorneys for Plaintiff
   SANDRA J. FEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | **CASE NO. C08-01549-RMW**<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Case Management Conference currently scheduled for August 15, 2008 at 10:30 a.m. in Courtroom 6 of the above-entitled court be continued to September 12, 2008 at the same time and location.

　　　　　　　　　　　　　　　　　　　　　STATE OF CALIFORNIA
　　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL'S OFFICE

Dated: July 18, 2008　　　　　　　　By:　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY R. VINCENT
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　　　　　　　ATCHISON, BARISONE, CONDOTTI &
　　　　　　　　　　　　　　　　　　　　　KOVACEVICH

Dated: July 18, 2008　　　　　　　　By:　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　GEORGE J. KOVACEVICH
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1    I, George J. Kovacevich, hereby attest that the faxed signature of Jeffrey R. Vincent is affixed to
2 the original of this document and that said original document is located in the Offices of Atchison,
3 Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA  95060

                                        ATCHISON, BARISONE, CONDOTTI &
                                        KOVACEVICH

Dated:  July 18, 2008                     By:   _____/S/_____
                                                           GEORGE J. KOVACEVICH