IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Defendant. | ***E-FILED - 8/6/08***<br><br>CASE NO.: C-08-01549-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 15, 2008, has been continued to **September 12, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Joint Case Management Statement by September 5, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  August 6, 2008

*Jackie Lynn Garcia*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: