George J. Kovacevich, SBN 48125
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:     (831) 423-8383
Facsimile:     (831) 423-9401

Attorneys for Plaintiff
SANDRA J. FEE


EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, SBN 161013
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2127
Fax: (510) 622-2270
Email: Jeffrey.Vincent@doj.ca.gov

Attorneys for Defendants State of California by and through the California Highway Patrol, Officer B. Rioux and Officer A. Voorhees

*E-FILED - 11/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE, <br><br>              Plaintiff, <br>     vs. <br><br> STATE OF CALIFORNIA, et al., <br><br>              Defendants. | **CASE NO. C08-01549-RMW** <br><br> **STIPULATION TO CONTINUE DATES FOR PRE-TRIAL CONFERENCE AND OTHER PRE-TRIAL DEADLINES; REQUEST FOR ORDER** |

The parties, Plaintiff, Sandra J. Fee, and Defendants, State of California by and through the California Highway Patrol, Officer B. Rioux, and Officer A. Voorhees, by and through their attorneys of record, hereby agree and stipulate to continue the dates for the Pre-Trial Conference and other pre-trial deadlines as follows:

1. The date for the completion of all non-expert discovery is continued from November 26, 2008 to February 26, 2009;

2. The last day for both parties to disclose expert witness testimony and reports is continued from December 15, 2008 to March 6, 2009;

3. The deadline for all discovery of expert witnesses is continued from January 30, 2009 to April 30, 2009;

4. The deadline for hearing of all pretrial motions is continued from March 6, 2009 to June 4, 2009;

5. The filing of the Joint Pre-Trial Statement is continued from April 3, 2009 to July 2, 2009;

6. The Pre-Trial Conference is continued from April 9, 2009 to July 8, 2009; and

7. The trial is continued from April 20, 2009 to July 20, 2009.

Good cause exists for the requested continuances in that the parties have had scheduling conflicts that have interfered with their ability to meet the deadlines as they were previously set by the court. The parties have been continuing discussions in good faith and need the additional time to complete discovery in order to facilitate any possibility of settling the case short of trial.

IT IS SO STIPULATED.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: October 28, 2008         By: _____/S/_____
                                    GEORGE J. KOVACEVICH
                                    Attorneys for Plaintiff

STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE

Dated: October 31, 2008         By: _____/S/_____
                                    JEFFREY R. VINCENT
                                    Attorneys for Defendants

///

///

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The date for the completion of all non-expert discovery is continued from November 26, 2008 to February 26, 2009;

2. The last day for both parties to disclose expert witness testimony and reports is continued from December 15, 2008 to March 6, 2009;

3. The deadline for all discovery of expert witnesses is continued from January 30, 2009 to April 30, 2009;

4. The deadline for hearing of all pretrial motions is continued from March 6, 2009 to June 5, 2009;

5. The filing of the Joint Pre-Trial Statement is continued from April 3, 2009 to July 2, 2009;

6. The Pre-Trial Conference is continued from April 9, 2009 to July 9, 2009; and

7. The trial is continued from April 20, 2009 to July 20, 2009.

Dated: _11/24/08_____        _Ronald M. Whyte_____
                                 HONORABLE RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE


I, George J. Kovacevich, hereby attest that the faxed signature of Jeffrey R. Vincent is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA  95060.

                                 ATCHISON, BARISONE, CONDOTTI &
                                 KOVACEVICH

Dated: November 5, 2008          By:  _____/S/_____
                                      GEORGE J. KOVACEVICH

-3-
STIPULATION TO CONTINUE DATES FOR PRE-TRIAL CONFERENCE
AND OTHER PRE-TRIAL DEADLINES; REQUEST FOR ORDER