EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2127
 Fax: (510) 622-2270
 Email: Jeffrey.Vincent@doj.ca.gov

*E-FILED - 11/25/08*

Attorneys for Defendants State of California by and through the California Highway Patrol, Officer B. Rioux and Officer A. Voorhees

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SANDRA FEE, | 08-CV-01549-RMW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO PERMIT THE DEPOSITION OF WITNESS RICHARD BUSTICHI, A PRISONER IN THE CUSTODY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The parties to this action hereby stipulate and request leave of court, pursuant to FRCP Rule 30(a)(2)(B), to conduct a deposition of Richard A. Bustichi, a witness in this action (designated under FRCP Rule 26(a)), who is presently a prisoner (#G13825) in the custody of the California Department of Corrections and Rehabilitation. The deposition will be taken, pursuant to subpoena and 15 days notice, at Claremont Custody Center (CCC), 185 West Gale, Coalinga, California 93210, where the witness currently is located, or at any other facility within California where the witness may be at the time of the deposition.

Dated: September 30, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General

JEFF R. VINCENT
Deputy Attorney General
Attorneys for Defendants

Dated: 10/17, 2008

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

GEORGE J. KOVACEVICH
Attorneys for Plaintiff, Sandra J. Fee

## ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that the parties are granted leave to depose Richard A. Bustichi, a prisoner in the custody of the California Department of Corrections and Rehabilitation.

Dated: 11/24, 2008

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

stip re prisoner depo.wpd

OK2008900086

Stipulation and Order re
Deposition of Richard Bustichi

Sandra J. Fee v. State of California, et.al.
08-CV-01549-RMW