1  George J. Kovacevich, SBN 48125
   ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
2  A Professional Corporation
   333 Church Street
3  Santa Cruz, CA 95060
   Telephone:   (831) 423-8383
4  Facsimile:    (831) 423-9401

5  Attorneys for Plaintiff
   SANDRA J. FEE
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  TYLER B. PON
   Supervising Deputy Attorney General
9  JEFFREY R. VINCENT, SBN 161013
   Deputy Attorney General
10 1515 Clay Street, 20th Floor
   P.O. Box 70550
11 Oakland, CA 94612-0550
   Telephone: (510) 622-2127
12 Fax: (510) 622-2270
   Email: Jeffrey.Vincent@doj.ca.gov
13

14                                                    *E-FILED - 3/5/09*

   Attorneys for Defendants State of California by and
15 through the California Highway Patrol, Officer B.
   Rioux and Officer A. Voorhees
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 SANDRA J. FEE,                        **CASE NO. C08-01549-RMW**

21           Plaintiff,                  **STIPULATION TO CONTINUE DATES FOR**
        vs.                              **PRE-TRIAL DEADLINES; REQUEST FOR**
22                                       **ORDER**
   STATE OF CALIFORNIA, et al.,
23
             Defendants.
24

25       The parties, Plaintiff, Sandra J. Fee, and Defendants, State of California by and through the

26 California Highway Patrol, Officer B. Rioux, and Officer A. Voorhees, by and through their attorneys of

27 record, hereby agree and stipulate to continue the dates for the Pre-Trial Conference and other pre-trial

28 deadlines as follows:

-1-
STIPULATION TO CONTINUE DATES FOR PRE-TRIAL
DEADLINES; REQUEST FOR ORDER

1. The date for the completion of all non-expert discovery is continued from February 26, 2009 to March 20, 2009;

2. The last day for both parties to disclose expert witness testimony and reports is continued from March 6, 2009 to March 20, 2009.

Good cause exists for the requested continuances in that the parties have had scheduling conflicts that have interfered with their ability to meet the deadlines as they were previously set by the court. In addition, the parties informally agreed to extend these deadlines in view of intervening motions before the court which would have had bearing on these particular deadlines. Those motions were to be heard immediately before and after the current deadlines. Because of the conflation of the deadline with the hearings on the motions, the parties agreed between themselves to extend the deadlines. In reliance on that understanding, Plaintiff cancelled the depositions of the officers which had been noticed for February 25 and 26, 2009.

IT IS SO STIPULATED.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: March 3, 2009          By: _____/S/_____
                                   GEORGE J. KOVACEVICH
                                   Attorneys for Plaintiff

STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE

Dated: March 3, 2009          By: _____/S/_____
                                   JEFFREY R. VINCENT
                                   Attorneys for Defendants

///
///
///
///
///
///

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The date for the completion of all non-expert discovery is continued from February 26, 2009 to March 20, 2009;

2. The last day for both parties to disclose expert witness testimony and reports is continued from March 6, 2009 to March 20, 2009.

Dated: 3/5/09                    _____
                                 HONORABLE RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

I, George J. Kovacevich, hereby attest that the faxed signature of Jeffrey R. Vincent is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA 95060.

                                 ATCHISON, BARISONE, CONDOTTI &
                                 KOVACEVICH

Dated: March 3, 2009             By:       /S/
                                    GEORGE J. KOVACEVICH