E-filed on: 4/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA J. FEE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER B. RIOUX, OFFICER VOORHEES, et al.<br><br>    Defendants. | No. C-08-01549 RMW<br><br>ORDER SHORTENING TIME FOR HEARING ON MOTION TO AMEND CASE MANAGEMENT SCHEDULE AND TO CONTINUE TRIAL<br><br>[Re Docket No. 53 ] |

On April 23, 2009, defendants filed three motions with the court: 1) a Motion to Amend Case Management Schedule and Continue Trial due to the unavailability of Officer Rioux, 2) a Motion to Shorten Notice for Hearing on Motion to Continue Trial and Modify Scheduling Order so that the motion could be heard on May 8, 2009, and 3) a Motion to File Document Under Seal in connection with the first motion. Due to the proposed abbreviated time, the court's staff contacted plaintiff's counsel to determine if plaintiff would be opposing the motions. Plaintiff's counsel stated that plaintiff will oppose the motion to amend the case management schedule and the motion to seal, but does not oppose the motion to shorten time for the hearing.

Accordingly, defendant's Motion to Shorten Notice for Hearing on Motion to Continue Trial and Modify Scheduling Order is GRANTED. The motion will be heard on May 8, 2009 at 9:00 a.m.

ORDER SHORTENING TIME
No. C-08-1549 RMW
TER

1   Plaintiff's opposition papers shall be filed and served no later than May 1, 2009.  Defendant's reply
2   papers, if any, shall be filed and served no later than Tuesday, May 5, 2009.
3       With regard to the motion to seal, counsel are encouraged to meet and confer to determine if
4   the motion to file under seal may be resolved by stipulation of the parties.  Absent such stipulation,
5   plaintiff's opposition to the motion to seal shall be filed and served on or before Wednesday, April
6   29, 2009, in conformance with Civil Local Rule 7-11(b).

9   DATED:     4/27/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for plaintiff:**

George J. Kovacevich       szieber@abc-law.com

**Counsel for defendants who have appeared:**

Jeffrey Richard Vincent       Jeffrey.Vincent@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/27/09                              TER
                                                  **Chambers of Judge Whyte**