1  EDMUND G. BROWN JR.
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT
   Deputy Attorney General
4  State Bar No. 161013
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2127
     Fax:  (510) 622-2270
7    E-mail:  Jeffrey.Vincent@doj.ca.gov
   Attorneys for Defendants State of California by
8  and through the California Highway Patrol,
   Officer B. Rioux, and Officer A. Voorhees
9
   George J. Kovacevich, State Bar No. 48125
10 ATCHISON, BARISONE CONDOTTI & KOVACEVICH
   A Professional Corporation
11 333 Church Street
   Santa Cruz, CA 95060
12   Telephone:   (831) 423-8383               ***E-FILED - 6/23/09***
     Facsimile:   (831) 423-9401
13 Attorneys for Plaintiff
   Sandra J. Fee
14
15            IN THE UNITED STATES DISTRICT COURT
16          FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18 | SANDRA FEE,                          | 08-CV-01549-RMW                      |
   |                                      |                                      |
19 |                         Plaintiff,   | **STIPULATION TO AMEND THE           |
   |                                      | PRETRIAL SCHEDULING ORDER AND        |
20 |            v.                        | TO CONTINUE THE DATE OF TRIAL;       |
   |                                      | PROPOSED ORDER**                     |
21 |                                      |                                      |
   | STATE OF CALIFORNIA, et al.,         | Courtroom:  6                        |
22 |                                      | Judge        The Hon. Ronald M. Whyte|
   |                         Defendants.  | Trial Date   July 20, 2009           |
23 |                                      | Action Filed:  February 25, 2008     |

24         The parties, plaintiff Sandra J. Fee and defendants, California Highway Patrol, Officer B.

25 Rioux, and Officer A. Voorhees, through their counsel of record, hereby stipulate to amend the

26 pretrial scheduling order as follows:

27         1.      The last day to complete discovery is extended to July 17, 2009 solely to take the

28 depositions of defendants Officer Rioux and Officer Voorhees and witness Officer Marzolf.

                                            1

2.    The last day to complete expert discovery is continued from April 30, 2009 to June 30, 2009.

3.    The last day to hear pretrial motions is continued from June 5, 2009 to August 21, 2009.

4.    The joint pre-trial conference statement will be filed on or before September 17, 2009.

5.    The Pretrial Conference is continued from July 9, 2009 to September 24, 2009.

6.    Trial is continued to October 5, 2009.

There is good cause for the stipulation and proposed order. On September 12, 2008, the court held a Case Management Conference in this action and scheduled trial on April 20, 2009. Document 23, Order After Hearing (September 12, 2008). At the request of plaintiff, in order to complete discovery, the parties stipulated to continue the trial to July 20, 2009. Document 27, Stipulation and Order to Continue (November 25, 2008). Pursuant to the November continuance, non-expert discovery cut-off was extended to February 26, 2009, expert witness disclosure was set on March 6, 2009, expert discovery was to be completed by April 30, 2009 and the last day to hear pretrial motions was set on June 5, 2009. Following hearing on plaintiff's discovery motion, the parties agreed to extend non-expert discovery to March 20, 2009 and expert disclosure was also extended to March 20, 2009. The depositions of defendants Officer Voorhees and Officer Rioux were scheduled to occur on March 19 and 20, 2009.

At the end of February, a member of Officer Rioux's family died. The parties informally agreed to reschedule the defendants' depositions to April 16 and 17, 2009. On Saturday, April 11, 2009, Sergeant Polanco (Officer Rioux's supervisor) informed counsel for defendants that Officer Rioux was not available for a deposition and suggested rescheduling the deposition 60 days later, i.e., mid-June. The parties, timely exchanged expert witness designations and disclosures on March 20, 2009. Due to the conflicts of plaintiff's counsel's trial calendar, the parties informally agreed to extend expert discovery through the end of May 2009.

/ / /

/ / /

For the reasons stated above, IT IS SO STIPULATED.

Dated: May 26, 2009

EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

JEFF R. VINCENT
Deputy Attorney General
Attorneys for Defendants

Dated: May 28, 2009

ATCHISON, BARISONE, CONDOTTI &
KOVACEVICH

GEORGE J. KOVACEVICH
Attorneys for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

Based upon the stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated:  6/23 , 2009

Honorable Ronald M. Whyte
United States District Judge

OK2008900086
90115933.doc

3