George J. Kovacevich, SBN 48125
Caio A. Arellano, SBN 262168
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:   (831) 423-8383
Facsimile:    (831) 576-2269

Attorneys for Plaintiff
SANDRA J. FEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | **CASE NO. C08-01549-RMW**<br><br>**DECLARATION OF GEORGE J. KOVACEVICH IN OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF ISSUES AND CAUSES OF ACTION**<br><br>Date　　　September 4, 2009<br>Time　　　9:00 am.<br>Courtroom　6<br>Judge　　　The Hon. Ronald M. Whyte |

I, George J. Kovacevich, declare:

1.　　I am an attorney at law duly admitted to practice before all courts of California and am a partner in the law firm of Atchison, Barisone, Condotti & Kovacevich, the attorneys of record herein for Plaintiff, Sandra J. Fee, and make this declaration in opposition to motion for summary adjudication of issues and causes of action.

2.　　Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Defendant and Officer Brandon Rioux:

　　　　(i)　　Reporter's Transcript 18:22-19:16;

　　　　(ii)　　Reporter's Transcript 27:6-9;

　　　　(iii)　　Reporter's Transcript 41:2-8;

　　　　(iv)　　Reporter's Transcript 47:24-48:11; and

-1-

       (v)    Reporter's Transcript 52:24-53:6.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the deposition of Defendant and Officer Adam Voorhees:

       (i)    Reporter's Transcript 12:4-12; and

       (ii)   Reporter's Transcript 13:25-14:23.

4. Attached hereto as Exhibit 3 is a true and correct edited copy of the complete police report prepared in regards to the arrest of Plaintiff on May 3, 2007 which was marked as Exhibit 1 for the depositions of both Officer Rioux and Officer Voorhees.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the deposition of Plaintiff Sandra J. Fee:

       (i)    Reporter's Transcript RT 92:18-24;

       (ii)   Reporter's Transcript 95:22-98:25;

       (iii)  Reporter's Transcript 99:22-24;

       (iv)  Reporter's Transcript 101:6-20;

       (v)    Reporter's Transcript 103:13-19; and

       (vi)  Reporter's Transcript 112:8-9.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 14, 2009, at Santa Cruz, California.

_GEORGE J. KOVACEVICH_