1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

George J. Kovacevich, SBN 48125
Caio A. Arellano, SBN 262168
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:      (831) 423-8383
Facsimile:      (831) 576-2269

Attorneys for Plaintiff
SANDRA J. FEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA J. FEE,

    Plaintiff,

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.

**CASE NO. C08-01549-RMW**

**DECLARATION OF MATHEW WILKINS IN OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF ISSUES AND CAUSES OF ACTION (BY FAX)**

| | |
|---|---|
| Date | September ___, 2009 |
| Time | 9:00 am. |
| Dept. | |

I, Mathew Wilkins, declare:

1. I am a resident of the State of California and for a number of years I have worked in the mortgage industry.
2. I previously worked under Sandra Fee, including on May 3, 2007, while I worked for Commitment Lending as an account executive.
3. On that date, I was speaking with Ms. Fee by phone. During the phone call, I overhead a partial conversation between Ms. Fee and another individual on her end of the line. I later learned the voice of the other individual was that of a peace officer.
4. The day after, I recorded my recollection of the conversation I overhead in an e-mail to Ms. Fee. That conversation went as follows:

    Ms Fee:    "That was fast (referring to my return call to her)."

    Male Voice:    Is that...(I could not hear the end of the question).

    Ms. Fee:    "It's not mine. It's my son's...."

    Male Voice:    "Is this your house?"

    Ms. Fee:    "No."

    Male Voice:    "Do you live here?"

    Ms. Fee:    "Yes."

    Male Voice:    "I need you to come outside...NOW!"

    Ms. Fee:    She asks the male person a few times, "Let me hang up the phone sir."

Male Voice:        The male person repeated a number of time, "Are you resisting me?"

Ms. Fee:        "No, just let me hang up the phone sir."

Male Voice:        The male subject kept repeating "Are you resisting me?"

Ms. Fee:        "Mat, I gotta go...."

Mr. Wilkins:        "Sounds like it."

5. Throughout, Ms. Fee was very cordial. However, the male subject's attitude was short and aggressive.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August _10th_, 2009, at _Huntington Beach_ California.

_____

                              MATHEW WILKINS

-1-

DECLARATION OF MATHEW WILKINS IN OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF ISSUES AND CAUSES OF ACTION (BY FAX)