1  George J. Kovacevich, SBN 48125
   ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
2  A Professional Corporation
   333 Church Street
3  Santa Cruz, CA 95060
   Telephone:   (831) 423-8383
4  Facsimile:   (831) 576-2269

5  Attorneys for Plaintiff
   SANDRA J. FEE
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  TYLER B. PON
   Supervising Deputy Attorney General
9  JEFFREY R. VINCENT, SBN 161013
10 Deputy Attorney General
   1515 Clay Street, 20th Floor
11 P.O. Box 70550
   Oakland, CA 94612-0550
12 Telephone: (510) 622-2127                    ***E-FILED - 8/17/09***
   Fax: (510) 622-2270
13 Email: Jeffrey.Vincent@doj.ca.gov

14
   Attorneys for Defendants State of California by and
15 through the California Highway Patrol, Officer B.
   Rioux and Officer A. Voorhees
16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19
   SANDRA J. FEE,                    |  CASE NO. C08-01549-RMW
20
            Plaintiff,                |  STIPULATION TO CONTINUE STATE
21     vs.                            |  DEFENDANTS' MOTION FOR SUMMARY
                                      |  JUDGMENT AND ORDER
22 STATE OF CALIFORNIA, et al.,

23          Defendants.

24

25

26     The parties, Plaintiff, Sandra J. Fee, and Defendants, State of California by and through the

27 California Highway Patrol, Officer B. Rioux, and Officer A. Voorhees ("State Defendants"), by and

28 through their attorneys of record, hereby agree and stipulate to continue the date for the State

-1-
STIPULATION TO CONTINUE STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - C08-01549-RMW

Defendants' Motion for Summary Judgment from August 21, 2009 to September 4, 2009. Plaintiff's opposition shall be due August 14, 2009. State Defendants' reply shall be due August 21, 2009.

IT IS SO STIPULATED.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: 8/13/09     By: _____
GEORGE J. KOVACEVICH
Attorneys for Plaintiff

STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE

Dated: 8/13/09     By: _____
JEFFREY R. VINCENT
Attorneys for Defendants

### ORDER (BY STIPULATION)

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The date for hearing of the State Defendants' Motion for Summary Judgment is continued from August 21, 2009 to September 4, 2009.

Dated: 8/17/09     _____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE