EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT
Deputy Attorney General
State Bar No. 161013
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2127
  Fax:  (510) 622-2270
  E-mail:  Jeffrey.Vincent@doj.ca.gov
*Attorneys for Defendants State of California by and
through the California Highway Patrol, Officer B. Rioux
and Officer A. Voorhees*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA FEE,**<br><br>                           Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                          Defendants. | 08-CV-01549-RMW<br><br>**DECLARATION IN SUPPORT OF REPLY BRIEF ON MOTION FOR SUMMARY ADJUDICATION**<br><br>Hearing:    September 4, 2009<br>Time:       9:00 A.M.<br>Dept:        6<br>Judge       The Hon. Ronald M. Whyte<br>Trial Date:  October 5, 2009<br>Action Filed:  February 25, 2008 |

I, Jeff R. Vincent declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California, and as a duly appointed Deputy Attorney General I am assigned primary responsibility for this case. I am one of the attorneys of record for defendants State of California by and through the California Highway Patrol, Officer B. Rioux and Officer A. Voorhees Officer and as such have personal knowledge of and am familiar with the facts contained herein.

2. Attached hereto as **Exhibit N**, are true and accurate copies of pages 95, 99, 100 and 101 of the Deposition Transcript of plaintiff Sandra Fee taken in this action on February 2, 2009.

1

3.  Attached hereto as **Exhibit O**, is a true and accurate copy of the **unedited** arrest report identified as Exhibit 1 to the depositions of Officers Rioux and Voorhees.  I have redacted only Driver's License, Social Security and telephone numbers to protect the privacy of plaintiff and non parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 20th day of August 2009, at Oakland, California.

/s/  Jeff R. Vincent
JEFF R. VINCENT,
Deputy Attorney General

OK2008900086
90123659.doc