George J. Kovacevich, SBN 48125
Caio A. Arellano, SBN 262168
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:   (831) 423-8383
Facsimile:    (831) 423-9401

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. FEE,<br><br>            Plaintiff,<br><br>       vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | **CASE NO. C08-01549-RMW**<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE NO. 8** |

Depending upon the state of the evidence, Plaintiff's belief as to the effect of her arrest on any employment prospects may be relevant to explain her conduct.

                                                         ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated:  September 18, 20009          By:     _____/S/_____
                                                         GEORGE J. KOVACEVICH
                                                         Attorneys for Plaintiff
                                                         SANDRA J. FEE

-1-
PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE NO. 8 – C08-01549-RMW