```
                    CIVIL TRIAL MINUTES        *E-FILED*
                 NORTHERN DISTRICT OF CALIFORNIA
```

Date: May 25, 2010
Time: *4 hrs.& 35 mins.*

Before:    RONALD M. WHYTE          Presiding Judge

           JACKIE GARCIA            Courtroom Deputy Clerk

           LEE-ANNE SHORTRIDGE      Court Reporter

CASE NO.  C-08-01549-RMW

CASE TITLE:   SANDRA FEE      vs. STATE OF CALIFORNIA, et al.

ATTY. APPEARANCES: PLF: G. Kovacevich

                   DFT: J. Vincent

PROCEEDINGS: FURTHER JURY TRIAL PROCEEDINGS

8:00 AM: Hearing outside the presence of the jury. 8:08 AM: Jury present. Witness was taken out of order.  W#14 - Dr. Milton Harris took the stand.  Witness was examined and excused.  W#15- Dr. Emily Keram took the stand.  Defense complete direct examination. 12:55 PM: Jury excused.  Hearing outside the presence of the jury re: defense expert report.  Defense to submit an offer of proof. 1:05 PM: Court adjourned for the day.  Further jury trial proceedings set for 5/25/10 @ 8:00 AM.