E-filed on: 7/23/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA J. FEE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER B. RIOUX, OFFICER VOORHEES, et al.<br><br>    Defendants. | No. C-08-01549 RMW<br><br>ORDER RE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS |

Plaintiff Sandra Fee has filed an application for leave to proceed in forma pauperis, presumably for the purposes of appeal. While the application appears to meet the financial hardship standard to justify waiving costs, the application does not fully comply with Rule 24 of the Federal Rules of Appellate Procedure. Under Rule 24, in addition to proof of financial hardship, the affidavit must also claim an entitlement to relief or redress and must state the issues that the party intends to present on appeal. Neither requirement is met by the present application, and accordingly, the application is denied as incomplete. Plaintiff may resubmit her application together with the missing information.

DATED:    7/22/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS
No. C-08-1549 RMW
TER