**United States District Court**
For the Northern District of California

E-filed on: 9/15/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA J. FEE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER B. RIOUX, OFFICER VOORHEES, et al.<br><br>    Defendants. | No. C-08-01549 RMW<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO APPEAL IN FORMA PAUPERIS<br><br>**[Re: Docket No. 235]** |

   Plaintiff Sandra Fee's amended application for leave to proceed in forma pauperis on appeal is granted.

DATED:    9/15/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO APPEAL IN FORMA PAUPERIS
No. C-08-1549 RMW
TER